UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERASONICS, INC., a Washington corporation,<br><br>Plaintiff,<br>v.<br><br>ALPINION MEDICAL SYSTEMS CO., LTD, a Korean corporation,<br><br>Defendant. | CASE NO. C14-1820-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the motion to seal by Plaintiff Verasonics, Inc. (Dkt. No. 34). Verasonics seeks to seal Exhibit B (Partial Final Award) (Dkt. No. 35) to the declaration of Eric S. Walters (Dkt. No. 33) in support of Verasonics's motion to confirm arbitration award and for entry of judgment (Dkt. No. 32). (*See* Dkt. No. 34 at 1.)

Defendant Alpinion Medical Systems Co., Ltd. failed to respond to Verasonics's motion. The Court considers this "as an admission that the motion has merit." W.D. Wash. Local Civ. R. 7(b)(2).

Based on the sensitive nature of the filing, namely the discussion of trade secrets and confidential information, the Court finds good cause to seal. The motion to seal (Dkt. No. 34) is

1. GRANTED. Docket Number 35 shall REMAIN under seal.

2. DATED this 18th day of April 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk